IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEDOLANDEZ LEON SANTOS, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>NATHANIEL LAWSON, *et al.*, )<br>)<br>   Defendants. ) | CASE NO.  2:12-cv-0621-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on August 7, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on July 26, 2012 is adopted;

3. This case be DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 29th day of August, 2012.

                                              /s/ Truman M. Hobbs
                                            TRUMAN M. HOBBS
                                            SENIOR UNITED STATES DISTRICT JUDGE